Order 522(f)(1)(A) (12/22)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 25, 2025**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re   Thomas A. Flemming, III            )     Case No.   25-11156
       Amy C. Flemming                      )     Chapter    7
                                                              )     Judge       Beth A. Buchanan

       Debtor/s

ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY PURSUANT TO 11 U.S.C. § 522(f)(1)(A) (DOC. 19 )

    This matter is before the court on the Debtor's Motion to Avoid Judicial Lien on Real Property pursuant to 11 U.S.C. § 522(f)(1)(A) (the "Motion") regarding the judicial lien of Huntington Bank (the "Creditor") in the amount of $ 377,529.68 on the Debtor's real property located at 6565 N. Clippinger Drive, Cincinnati, OH 45243 (the "Property") recorded on April 9, 2021 with the Hamilton County Clerk of Courts at CJ21014415 and CJ2104416.

    The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses were subsequently withdrawn.

    Accordingly, the Motion is GRANTED.

**Order 522(f)(1)(A) (12/22)**

☒ Upon _____ entry of order _____,
the judicial lien of the Creditor on the Property is partially avoided in the amount of $ 376,045.68 ,
leaving a valid lien in favor of the Creditor on the Property in the amount of $ 1,484.00 .

SO ORDERED.

Copies to:

Default List
Creditor Name and Address:

Huntington Bank
PO Box 98424
Cleveland, OH 44101

Stockyard Bank & Trust
1040 E. Main Street
Louisville, KY 40206

Jeffrey Madison
612 Park Street #300
Columbus, OH 43215

Stephen Steinour, CEO
41 S. High Street
Columbus, OH 43215

Huntington Bank
Attn: Offier
41 S. High Street
Columbus, OH 43215