Order 522(f)(1)(A) (12/22)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 25, 2025**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re  Thomas A. Flemming, III | ) | Case No.   25-11156 |
| Amy C. Flemming | ) | Chapter   7 |
| | ) | Judge   Beth A. Buchanan |
| Debtor/s | | |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY PURSUANT TO 11 U.S.C. § 522(f)(1)(A) (DOC.   19   )

This matter is before the court on the Debtor's Motion to Avoid Judicial Lien on Real Property pursuant to 11 U.S.C. § 522(f)(1)(A) (the "Motion") regarding the judicial lien of __Huntington Bank__ (the "Creditor") in the amount of $ __377,529.68__ on the Debtor's real property located at __6565 N. Clippinger Drive, Cincinnati, OH 45243__ (the "Property") recorded on __April 9, 2021__ with the __Hamilton County Clerk of Courts__ at __CJ21014415 and CJ2104416__.

The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses were subsequently withdrawn.

Accordingly, the Motion is GRANTED.

**Order 522(f)(1)(A) (12/22)**

☒ Upon _____ entry of order _____ ,
the judicial lien of the Creditor on the Property is partially avoided in the amount of $ __376,045.68__ ,
leaving a valid lien in favor of the Creditor on the Property in the amount of $ __1,484.00__ .

SO ORDERED.

Copies to:

Default List
Creditor Name and Address:
Huntington Bank
PO Box 98424
Cleveland, OH 44101

Stockyard Bank & Trust
1040 E. Main Street
Louisville, KY 40206

Jeffrey Madison
612 Park Street #300
Columbus, OH 43215

Stephen Steinour, CEO
41 S. High Street
Columbus, OH 43215

Huntington Bank
Attn: Offier
41 S. High Street
Columbus, OH 43215

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 25-11156-bab |
| Thomas A. Flemming, III | Chapter 7 |
| Amy C. Flemming | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf01 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Flemming, III, Amy C. Flemming, 6565 N. Clippinger Drive, Cincinnati, OH 45243-3208 |
| | | Huntington Bank, PO Box 98424, Cleveland, OH 44101 |
| | + | Stephen Steinour, CEO, 41 S. High Street, Columbus, OH 43215-3406 |
| 21782269 | + | Jeffrey Madison, 612 Park Street #300, Columbus, OH 43215-1681 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bankruptcy@huntington.com | Sep 25 2025 18:41:00 | Huntington Bank, Attn: Offier, 41 S. High Street, Columbus, OH 43215-3406 |
| 21782288 | + | Email/Text: bankruptcy.notices@syb.com | Sep 25 2025 18:41:00 | Stockyard Bank & Trust, 1040 East Main Street, Louisville, KY 40206-1888 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025                                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Cin) | |

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 2 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf01 | Total Noticed: 6 |

    ustpregion09.ci.ecf@usdoj.gov

Eileen K Field

    eileenfield.trustee@fuse.net  efield@ecf.axosfs.com

Eric W Goering

    on behalf of Joint Debtor Amy C. Flemming eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

Eric W Goering

    on behalf of Debtor Thomas A. Flemming III eric@goering-law.com, eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

Paul T Saba

    on behalf of Creditor Stock Yards Bank & Trust Company s/b/m to Commonwealth Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

TOTAL: 5