# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In re: | Case No. 1:25-bk-11156

Thomas A. Flemming, III
Amy C. Flemming | Chapter 7

| Judge Beth A. Buchanan

*Debtors.*

---

## TRUSTEE ABANDONMENT

---

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of the following property (the "Property"):

Description of Property:   6565 N Clippinger Dr, Cincinnati, Ohio
Hamilton County, Ohio Parcel No. 529-0112-0009-00

Estimated Market Value:   $1,150,000.00

Source of Valuation:   Debtors' Schedules

Amount of Lien:

| | |
|---|---|
| Real Estate Taxes (Annual Est.) | $11,836.44 |
| 1st Huntington | $533,000.00 |
| 2nd CJ | $1,484.00 |
| Stock Yards Bank | $250,000.00 |
| **Lien Total** | **$796,320.44** |

Claimed Exemptions:   $365,250.00

Dated: November 2, 2025

Respectfully submitted,

*Eileen K Field* 11/2/2025

Eileen K Field
3991 Hamilton Middletown Road, Unit U
Hamilton, OH 45011
(513) 684–9000
eileenfield.trustee@fuse.net
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Trustee Abandonment</u> was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court, and

by first class mail on ___11/4/2025___ addressed to:

Thomas & Amy Flemming
6565 N. Clipper Drive
Cincinnati, Ohio 45243
*Debtor*


Huntington Bank
PO Box 98424
Cleveland, OH 44101

[For parties served other than by first class mail pursuant to *Federal Rule of Bankruptcy Procedure 7004*, add the following language.]

by certified mail on ___11/24/2025___ addressed to:

Huntington Bank
Attn: Officer
41 S. High Street
Columbus, OH 43215

Paul T. Saba, Esq. (0063723)
SSP Law Co., L.P.A.
2623 Erie Avenue

Cincinnati, Ohio 45208
513.533.2703
513.533.2999 (facsimile)
pts@sspfirm.com