UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-11156 |
| Thomas A. Flemming, III | : | Chapter 7, Judge Buchanan |
| Amy C. Flemming | | |
| | : | REPORT OF SALE |
| Debtors | | |
| | : | |

Now comes the Trustee in the above referenced case and states that, pursuant to the Order Granting Trustee's Application to Settle and Compromise Claim (Doc 20) entered on August 15, 2025 the Trustee has received $14,000.00 from the debtors for the equity in a 2010 BMW X5 and a 2008 Toyota Land Cruiser plus a return of a preference payment to Debtor's mother.

Respectfully submitted,

/s/ Eileen K. Field

_____

Eileen K. Field, Trustee
3991 Hamilton Middletown Road, Suite U
Hamilton, Ohio 45011
(513) 684-9000
OH Reg. #0007384
Email: eileenfield.trustee@fuse.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Report of Sale was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on December 3, 2025, addressed to:

Thomas A. Flemming, III
Amy C. Flemming
6565 N. Clippinger Drive
Cincinnati, OH 45243

/s/ Eileen K. Field

_____

Eileen K. Field, Trustee