# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 25-11156 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Thomas A. Flemming, III | | | | Date Filed (f) or Converted (c): | 05/14/2025 (f) |
| | Amy C. Flemming | | | | 341(a) Meeting Date: | 06/13/2025 |
| For Period Ending: | 12/31/2025 | | | | Claims Bar Date: | 11/05/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6565 N. Clippinger Drive Cincinnati Oh 45243-0000 Hamilton | 1,150,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 2010 Bmw X5 Mileage: 115000 | 2,728.00 | 2,173.00 | | 2,173.00 | FA |
| 3. 2008 Toyota Landcruiser Mileage: 158000 | 15,798.00 | 7,423.00 | | 9,098.00 | FA |
| 4. Household Goods and Furnishings | 5,575.00 | 0.00 | | 0.00 | FA |
| 5. 3Tv-600 Stereo-50 3Computer- 800 | 1,450.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Pictures, Cd's, Books, Paintings And Wall Hangings (Any Item) | 300.00 | 0.00 | | 0.00 | FA |
| 7. Firearm - .12 Gauge | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Jewelry Including Watch, Chain, Earrings (Any Item) | 6,350.00 | 0.00 | | 0.00 | FA |
| 11. Brokerage Account - Kestra Investment | 483.30 | 0.00 | | 0.00 | FA |
| 12. Checking - 1st Natl Bank Of KY | 243.00 | 0.00 | | 0.00 | FA |
| 13. Checking - First Financial | 88.00 | 0.00 | | 0.00 | FA |
| 14. Checking - First Financial Custodial | 200.00 | 0.00 | | 0.00 | FA |
| 15. HSA - First Financial | 2.00 | 0.00 | | 0.00 | FA |
| 16. Checking - Stockyard Bank | 4.00 | 0.00 | | 0.00 | FA |
| 17. Business Interest - Earth Shades, LLC - No Assets | 0.00 | 0.00 | | 0.00 | FA |
| 18. Business Interest - Flemming Enterprises Inc. dba Eco Dispersion - No Assets | 0.00 | 0.00 | | 0.00 | FA |
| 19. IRA - Kestra Investment | 493.77 | 0.00 | | 0.00 | FA |
| 20. IRA - Kestra Investment | 0.00 | 0.00 | | 0.00 | FA |
| 21. Debtors Are Owed Approx. $ 54,334.00 Luther Acquisitions, Ltd. Collectability Is Questionable. | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-11156 BAB | Judge: | Beth A. Buchanan | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | Thomas A. Flemming, III | | | Date Filed (f) or Converted (c): | 05/14/2025 (f) |
| | Amy C. Flemming | | | 341(a) Meeting Date: | 06/13/2025 |
| For Period Ending: | 12/31/2025 | | | Claims Bar Date: | 11/05/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Debtor Has A Claim Against The State Of Ohio For Tax Refunds From 2013 & 2014 For A Total Of Approx. $3,800.00. The Claim Has Been Pending For Over One Year And Is Currently Being Addressed By The Office Of Chief Counsel Tax Appeal Division. | Unknown | 0.00 | | 0.00 | FA |
| 23. Cincinnati Insurance #XX047L - Term | 0.00 | 0.00 | | 0.00 | FA |
| 24. Cincinnati Insurance Term XX886L - $275,000 Assigned To Huntington Bank | 0.00 | 0.00 | | 0.00 | FA |
| 25. Preference Payment to Mary Flemming  Asset was disclosed in the Statement of Financial Affairs | 3,100.00 | 2,729.00 | | 2,729.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,188,015.07   $12,325.00   $14,000.00   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/2025 Debtors paid Trustee the equity in two vehicles and funds from a preference payment made to debtor husband's mother, per Court Order of 8/15/25.

Initial Projected Date of Final Report (TFR): 02/27/2027      Current Projected Date of Final Report (TFR): 02/27/2027

Trustee Signature:   /s/ EILEEN K. FIELD, TRUSTEE      Date: 01/21/2026

EILEEN K. FIELD, TRUSTEE
EILEEN FIELD LAW OFFICES LLC
3991 HAMILTON MIDDLETOWN ROAD
SUITE U
HAMILTON, OH  45011
(513)684-9000
eileenfield.trustee@fuse.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 25-11156 | Trustee Name: EILEEN K. FIELD, TRUSTEE |
| Case Name: Thomas A. Flemming, III | Bank Name: Axos Bank |
| Amy C. Flemming | Account Number/CD#: XXXXXX1679 |
| | Checking |
| Taxpayer ID No: XX-XXX9731 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 12/31/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/25 | | Goering and Goering<br>220 W 3rd St.<br>Cincinnati, OH 45202 | Equity in vehicles | | $14,000.00 | | $14,000.00 |
| | | | Gross Receipts  $14,000.00 | | | | |
| | 2 | | 2010 Bmw X5 Mileage: 115000  $2,173.00 | 1129-000 | | | |
| | 3 | | 2008 Toyota Landcruiser  $9,098.00<br>Mileage: 158000 | 1129-000 | | | |
| | 25 | | Preference Payment to Mary Flemming  $2,729.00 | 1141-000 | | | |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.97 | $13,989.03 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $14,000.00 | $10.97 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $14,000.00 | $10.97 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $14,000.00 | $10.97 |

| | | |
|---|---:|---:|
| Page Subtotals: | $14,000.00 | $10.97 |

|  | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX1679 - Checking | $14,000.00 | $10.97 | $13,989.03 |
|  | $14,000.00 | $10.97 | $13,989.03 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,000.00 |
| Total Gross Receipts: | $14,000.00 |

Trustee Signature:     /s/ EILEEN K. FIELD, TRUSTEE     Date: 01/21/2026

EILEEN K. FIELD, TRUSTEE  
EILEEN FIELD LAW OFFICES LLC  
3991 HAMILTON MIDDLETOWN ROAD  
SUITE U  
HAMILTON, OH  45011  
(513)684-9000  
eileenfield.trustee@fuse.net

Page Subtotals:                                        $0.00            $0.00