NCOClmObj
(Rev. 08/2025)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_Beth A. Buchanan_
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 20, 2026**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

*In re:*                                                       :
                                                              :
   THOMAS A. FLEMMING, III                           :        Case No.  25-11156
   AMY C. FLEMMING                                   :
                                                              :        Chapter 7
                                                              :
                                                              :        Judge Beth A. Buchanan
                                                              :
   *Debtor(s).*                                       :

---

### ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 35)
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

---

The above-captioned Objection to Claim (hereinafter, the "Objection") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒  The certificate of service does not reflect that the claimant was served at the notice address on the proof of claim. Rule 3007(a)(2)(A).

☒  The certificate of service does not identify the filing or other paper served, or identifies the wrong paper. (LBR 9013-3(e)(2) requires a certificate of service to identify, with specificity, the filing or other paper served.)

☒  The Objection does not state the date the claim was filed. (LBR 3007-1(a) requires a claim objection to state the date the claim was filed.)

NCOClmObj
(Rev. 08/2025)

Movant shall file within **fourteen (14) days from the entry date of this Order** an amended objection consistent with this Order.  Failure to comply with the terms of this Order may result in denial of the Motion without further notice.

**SO ORDERED.**

Copies To:
Default List