UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

| | | |
|---|---|---|
| THOMAS A. FLEMMING, III | : | CASE NO. 25-11156 |
| AMY C. FLEMMING | | Chapter 7, Judge Buchanan |
| | : | |
| Debtors | | TRUSTEE'S AMENDED OBJECTION |
| | : | TO PROOF OF CLAIM OF |
| | | DAVID VAN HOOSE (CLAIM NO. 8) |

Now comes the Trustee, Eileen K. Field, and objects to the Proof of Claim filed by David Van Hoose on August 26, 2025 (Claim No. 8). The Trustee objects to the claim because Mr. Van Hoose filed the claim as a priority wage claim, but it appears from an Affidavit that he filed in the Hamilton County Court of Common Pleas case of Wise Technical Manufacturing, Inc. v. Earth Shades, LLC, et al., that he was at all times owed commissions from the Debtors' company Earth Shades, LLC, and that he had no agreement with the Debtors to be paid by the Debtors as individuals.

WHEREFORE, the Trustee requests that the Proof of Claim be disallowed.

Respectfully Submitted,

/s/ Eileen K. Field

_____

Eileen K. Field, Trustee
OH Reg. #0007384
3991 Hamilton Middletown Road, Suite U
Hamilton, Ohio 45011
(513) 684-9000
Eileenfield.trustee@fuse.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

THOMAS A. FLEMMING, III.                 :        CASE NO. 25-11156
AMY C. FLEMMING                                   Chapter 7, Judge Buchanan

                                                                  :

    Debtors                                            NOTICE OF TRUSTEE'S AMENDED

                                                                  :        OBJECTION TO PROOF OF CLAIM NO. 8

Eileen K. Field, Trustee, has filed papers with the Court objecting to a claim filed in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the objection, or if you want the Court to consider your views on the objection, then on or before May 21, 2026, you or your attorney must:

File with the Court a written response, explaining your position, at:

        Clerk, U.S. Bankruptcy Court
        Atrium Two, Suite 800
        221 E. Fourth Street
        Cincinnati, OH  45202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Eileen K. Field, Trustee
3991 Hamilton Middletown Road, Suite U
Hamilton, OH 45011

Eric W. Goering
Attorney for Debtor
220 West Third Street, Third Floor
Cincinnati, OH 45202

U.S. Trustee's Office
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

/s/ Eileen K. Field
Eileen K. Field, Trustee
Hamilton, Ohio 45011
OH Reg. #0007384
Email: eileenfield.trustee@fuse.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Amended Objection to Proof of Claim of David Van Hoose was served (i) **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on April 21, 2026 addressed to:

David Van Hoose
1752 St. Rt. 350 West
Wilmington, OH 45177

Thomas A. Flemming, III
Amy C. Flemming
6565 N. Clippinger Drive
Cincinnati, OH 45243

/s/ Eileen K. Field
Eileen K. Field, Trustee