**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 20, 2026**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| THOMAS A. FLEMMING, III | : | Case No. 25-11156 |
| AMY C. FLEMMING | : | Chapter 7 |
| | : | Judge Beth A. Buchanan |
| | : | |
| *Debtor(s).* | : | |

---

### ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 35)
### DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

---

The above-captioned Objection to Claim (hereinafter, the "Objection") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The certificate of service does not reflect that the claimant was served at the notice address on the proof of claim. Rule 3007(a)(2)(A).

☒ The certificate of service does not identify the filing or other paper served, or identifies the wrong paper. (LBR 9013-3(e)(2) requires a certificate of service to identify, with specificity, the filing or other paper served.)

☒ The Objection does not state the date the claim was filed. (LBR 3007-1(a) requires a claim objection to state the date the claim was filed.)

Movant shall file within **fourteen (14) days from the entry date of this Order** an amended objection consistent with this Order.  Failure to comply with the terms of this Order may result in denial of the Motion without further notice.

**SO ORDERED.**

Copies To:
Default List

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                    Case No. 25-11156-bab

Thomas A. Flemming, III                                                    Chapter 7

Amy C. Flemming

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas A. Flemming, III, Amy C. Flemming, 6565 N. Clippinger Drive, Cincinnati, OH 45243-3208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Cin) | |
| | ustpregion09.ci.ecf@usdoj.gov |
| Eileen K Field | |
| | eileenfield.trustee@fuse.net  efield@ecf.axosfs.com |
| Eric W Goering | |
| | on behalf of Joint Debtor Amy C. Flemming eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| Eric W Goering | |
| | on behalf of Debtor Thomas A. Flemming  III eric@goering-law.com, eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| Paul T Saba | |
| | on behalf of Creditor Stock Yards Bank & Trust Company s/b/m to Commonwealth Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |

District/off: 0648-1                     User: ad                                    Page 2 of 2
Date Rcvd: Apr 21, 2026                  Form ID: pdf01                              Total Noticed: 1
TOTAL: 5