FORM 3

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | Case No. 25-11156 |
| THOMAS A. FLEMMING, III AMY C. FLEMMING | : | Chapter 7 |
|  | : | Judge Buchanan |
| Debtors | : | |
|  | : | |

### NOTICE TO PROFESSIONALS TO FILE FEE APPLICATIONS

TO ALL APPOINTED PROFESSIONALS:

Please take notice that the undersigned trustee is now ready to file a final report and make distributions to creditors in the above detailed case. Please file applications for any fees and expenses that are now due and owing, in accordance with Local Rule 4.4. The application for fees, together with time sheets as may be required, should be filed with the Clerk of Court and copies served upon the undersigned case trustee and the Office of the United States Trustee within thirty (30) days of the date of this notice. The Office of the United States Trustee will utilize the Guidelines adopted by the Executive Office of United States Trustees in reviewing all fee applications.

Date: May 26, 2026                                        /s/ Eileen K. Field
                                                                    EILEEN K. FIELD, Trustee

cc:     United States Trustee
          Attorney for Debtor
          Attorney for Trustee
          Accountants for Debtor
          Accountants for Trustee