**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: May 29, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                            :

THOMAS A. FLEMMING, III.          :          CASE NO. 25-11156
AMY C. FLEMMING

                                                   :          Chapter 7, Judge Buchanan

            Debtors

                                                   :          ORDER GRANTING TRUSTEE'S
                                                              OBJECTION TO PROOF OF
                                                   :          CLAIM OF DAVID VAN HOOSE
                                                               (CLAIM NO. 8) (DOC 37)

        The Trustee, Eileen K. Field, filed an Objection (Doc. 37) to Claim No. 8 filed by creditor

David Van Hoose.

        As no response to the Objection was filed, the Objection is GRANTED, and the above claim

is disallowed.

        SO ORDERED.

Copies to:  Default List and Additional Party

David Van Hoose
1752 St. Rt. 350 West
Wilmington, OH 45177