**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 29, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS A. FLEMMING, III.<br>AMY C. FLEMMING | : | CASE NO. 25-11156 |
| Debtors | : | Chapter 7, Judge Buchanan |
| | : | ORDER GRANTING TRUSTEE'S<br>OBJECTION TO PROOF OF |
| | : | CLAIM OF DAVID VAN HOOSE<br>(CLAIM NO. 8) (DOC 37) |

The Trustee, Eileen K. Field, filed an Objection (Doc. 37) to Claim No. 8 filed by creditor

David Van Hoose.

As no response to the Objection was filed, the Objection is GRANTED, and the above claim

is disallowed.

SO ORDERED.

Copies to:  Default List and Additional Party

David Van Hoose
1752 St. Rt. 350 West
Wilmington, OH 45177

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-11156-bab

Thomas A. Flemming, III                                                          Chapter 7

Amy C. Flemming

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas A. Flemming, III, Amy C. Flemming, 6565 N. Clippinger Drive, Cincinnati, OH 45243-3208 |
| 21782298 | + David Van Hoose, 1752 St. Rt, 350 West, Wilmington, OH 45177-7168 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Eileen K Field | eileenfield.trustee@fuse.net  efield@ecf.axosfs.com |
| Eric W Goering | on behalf of Joint Debtor Amy C. Flemming eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| Eric W Goering | on behalf of Debtor Thomas A. Flemming  III eric@goering-law.com, eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com |
| Paul T Saba | |

District/off: 0648-1                       User: ad                                    Page 2 of 2

Date Rcvd: Jun 01, 2026                     Form ID: pdf01                              Total Noticed: 2

on behalf of Creditor Stock Yards Bank & Trust Company s/b/m to Commonwealth Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

TOTAL: 5