## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Thomas A. Flemming, III | § | Case No. 25-11156 |
| Amy C. Flemming | § | |
| | § | |
| | § | |
| Debtors | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/14/2025.   The undersigned trustee was appointed on 05/15/2025.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of   $   14,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.69 |
| Bank service fees | 10.97 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 13,988.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/05/2025 and the deadline for filing governmental claims was 11/10/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,150.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,150.00, for a total compensation of $2,150.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $194.42, for total expenses of $194.42[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2026 _____        By: /s/EILEEN K. FIELD, TRUSTEE _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 25-11156 | BAB | Judge: | Beth A. Buchanan | Trustee Name: | EILEEN K. FIELD, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Thomas A. Flemming, III | | | | Date Filed (f) or Converted (c): | 05/14/2025 (f) |
| | Amy C. Flemming | | | | 341(a) Meeting Date: | 06/13/2025 |
| For Period Ending: | 06/27/2026 | | | | Claims Bar Date: | 11/05/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  6565 N. Clippinger Drive<br>Cincinnati Oh 45243-0000 Hamilton | 1,150,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  2010 Bmw X5 Mileage: 115000 | 2,728.00 | 2,173.00 | | 2,173.00 | FA |
| 3.  2008 Toyota Landcruiser Mileage: 158000 | 15,798.00 | 7,423.00 | | 9,098.00 | FA |
| 4.  Household Goods and Furnishings | 5,575.00 | 0.00 | | 0.00 | FA |
| 5.  3Tv-600 Stereo-50 3Computer- 800 | 1,450.00 | 0.00 | | 0.00 | FA |
| 6.  Misc. Pictures, Cd's, Books, Paintings And Wall Hangings<br>(Any Item) | 300.00 | 0.00 | | 0.00 | FA |
| 7.  Firearm - .12 Gauge | 200.00 | 0.00 | | 0.00 | FA |
| 8.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10.  Misc. Jewelry Including Watch, Chain, Earrings (Any Item) | 6,350.00 | 0.00 | | 0.00 | FA |
| 11.  Brokerage Account - Kestra Investment | 483.30 | 0.00 | | 0.00 | FA |
| 12.  Checking - 1st Natl Bank Of KY | 243.00 | 0.00 | | 0.00 | FA |
| 13.  Checking - First Financial | 88.00 | 0.00 | | 0.00 | FA |
| 14.  Checking - First Financial Custodial | 200.00 | 0.00 | | 0.00 | FA |
| 15.  HSA - First Financial | 2.00 | 0.00 | | 0.00 | FA |
| 16.  Checking - Stockyard Bank | 4.00 | 0.00 | | 0.00 | FA |
| 17.  Business Interest - Earth Shades, LLC - No Assets | 0.00 | 0.00 | | 0.00 | FA |
| 18.  Business Interest - Flemming Enterprises Inc. dba Eco<br>Dispersion - No Assets | 0.00 | 0.00 | | 0.00 | FA |
| 19.  IRA - Kestra Investment | 493.77 | 0.00 | | 0.00 | FA |
| 20.  IRA - Kestra Investment | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Debtors Are Owed Approx. $ 54,334.00 Luther Acquisitions,<br>Ltd. Collectability Is Questionable. | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 25-11156   BAB | Judge:   Beth A. Buchanan |
| Case Name: | Thomas A. Flemming, III | |
| | Amy C. Flemming | |
| For Period Ending: | 06/27/2026 | |

| | |
|---|---|
| Trustee Name: | EILEEN K. FIELD, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/14/2025 (f) |
| 341(a) Meeting Date: | 06/13/2025 |
| Claims Bar Date: | 11/05/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Debtor Has A Claim Against The State Of Ohio For Tax Refunds From 2013 & 2014 For A Total Of Approx. $ 3,800.00. The Claim Has Been Pending For Over One Year And Is Currently Being Addressed By The Office Of Chief Counsel Tax Appeal Division. | Unknown | 0.00 | | 0.00 | FA |
| 23. Cincinnati Insurance #XX047L - Term | 0.00 | 0.00 | | 0.00 | FA |
| 24. Cincinnati Insurance Term XX886L - $275,000 Assigned To Huntington Bank | 0.00 | 0.00 | | 0.00 | FA |
| 25. Preference Payment to Mary Flemming<br><br>Asset was disclosed in the Statement of Financial Affairs | 3,100.00 | 2,729.00 | | 2,729.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,188,015.07       $12,325.00                 $14,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/27/2026 Trustee objected to a claim for wages, which was granted by Court Order of 5/29/26 disallowing the claim.

12/31/2025  Debtors paid Trustee the equity in two vehicles and funds from a preference payment made to debtor husband's mother, per Court Order of 8/15/25.

Initial Projected Date of Final Report (TFR): 02/27/2027       Current Projected Date of Final Report (TFR): 06/30/2026

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 25-11156 | Trustee Name: EILEEN K. FIELD, TRUSTEE |
| Case Name: Thomas A. Flemming, III | Bank Name: Axos Bank |
| Amy C. Flemming | Account Number/CD#: XXXXXX1679 |
| | Checking |
| Taxpayer ID No: XX-XXX9731 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 06/27/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/25 | | Goering and Goering 220 W 3rd St. Cincinnati, OH 45202 | Equity in vehicles | | $14,000.00 | | $14,000.00 |
| | | | Gross Receipts $14,000.00 | | | | |
| | 2 | | 2010 Bmw X5 Mileage: 115000 $2,173.00 | 1129-000 | | | |
| | 3 | | 2008 Toyota Landcruiser Mileage: 158000 $9,098.00 | 1129-000 | | | |
| | 25 | | Preference Payment to Mary Flemming $2,729.00 | 1141-000 | | | |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.97 | $13,989.03 |
| 01/28/26 | 2001 | Insurance Partners Agency, Inc. | Bond Premium | 2300-000 | | $0.69 | $13,988.34 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $14,000.00 | $11.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $14,000.00 | $11.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,000.00 | $11.66 |

| | | |
|---|---|---|
| Page Subtotals: | $14,000.00 | $11.66 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1679 - Checking | $14,000.00 | $11.66 | $13,988.34 |
| | $14,000.00 | $11.66 | $13,988.34 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $14,000.00 |
| Total Gross Receipts: | $14,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:25-bk-11156

Debtor Name: Thomas A. Flemming, III

Claims Bar Date: 11/5/2025

Date: June 27, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | EILEEN K. FIELD 3991 HAMILTON MIDDLETOWN ROAD UNIT U HAMILTON, OH 45011 | Administrative | | $0.00 | $2,150.00 | $2,150.00 |
| 100 2200 | EILEEN K. FIELD 3991 HAMILTON MIDDLETOWN ROAD UNIT U HAMILTON, OH 45011 | Administrative | | $0.00 | $194.42 | $194.42 |
| 8 230 5300 | David Van Hoose 1752 St. Rt, 350 West Wilmington, Oh 45177 | Priority | Trustee objected to claim, which was disallowed per Court Order. | $0.00 | $8,825.38 | $0.00 |
| 1 300 7100 | American Express National Bank, Aenb C/O Zwicker And Associates, P.C. P.O. Box 9043 Andover, Ma 01810 | Unsecured | | $0.00 | $8,260.03 | $8,260.03 |
| 2 300 7100 | American Express National Bank, Aenb C/O Zwicker And Associates, P.C. P.O. Box 9043 Andover, Ma 01810 | Unsecured | | $0.00 | $50,431.58 | $50,431.58 |
| 3 300 7100 | American Express National Bank, Aenb C/O Zwicker And Associates, P.C. P.O. Box 9043 Andover, Ma 01810 | Unsecured | | $0.00 | $1,357.81 | $1,357.81 |
| 4 300 7100 | Lvnv Funding, Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $377.24 | $377.24 |
| 5 300 7100 | Citibank N.A. Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $3,220.70 | $3,220.70 |
| 6 300 7100 | Citibank N.A. Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $8,887.47 | $8,887.47 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:25-bk-11156

Debtor Name: Thomas A. Flemming, III

Claims Bar Date: 11/5/2025

Date: June 27, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7￼300￼7100 | Citibank N.A.￼Citibank, N.A.￼5800 S Corporate Pl￼Sioux Falls, Sd 57108-5027 | Unsecured | | $0.00 | $2,696.90 | $2,696.90 |
| 10￼300￼7100 | Stock Yards Bank & Trust￼Company￼Paul T Saba￼2623 Erie Avenue￼Cincinnati Oh 45208 | Unsecured | | $0.00 | $115,503.60 | $115,503.60 |
| 11￼300￼7100 | American Express National Bank￼C/O Becket And Lee Llp￼Po Box 3001￼Malvern Pa 19355-0701 | Unsecured | | $0.00 | $36,067.85 | $36,067.85 |
| 12￼300￼7100 | Trihealth￼Po Box 1123￼Minneapolis, Mn 55440-1123 | Unsecured | | $0.00 | $3,663.47 | $3,663.47 |
| 13￼300￼7100 | Synchrony Bank￼By Ais Infosource Lp As Agent￼4515 N Santa Fe Ave￼Oklahoma City Ok 73118 | Unsecured | | $0.00 | $3,145.36 | $3,145.36 |
| 9￼400￼4110 | Stock Yards Bank & Trust￼Company￼Paul T Saba￼2623 Erie Avenue￼Cincinnati Oh 45208 | Secured | | $0.00 | $250,945.47 | $250,945.47 |
| | Case Totals | | | $0.00 | $495,727.28 | $486,901.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2

Printed: June 27, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 25-11156
Case Name: Thomas A. Flemming, III
        Amy C. Flemming
Trustee Name: EILEEN K. FIELD, TRUSTEE

|  | Balance on hand | $ | 13,988.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Stock Yards Bank & Trust Company | $ 250,945.47 | $ 250,945.47 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
|---|---|
| Remaining Balance | $ 13,988.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: EILEEN K. FIELD | $ 2,150.00 | $ 0.00 | $ 2,150.00 |
| Trustee Expenses: EILEEN K. FIELD | $ 194.42 | $ 0.00 | $ 194.42 |

| Total to be paid for chapter 7 administrative expenses | $ 2,344.42 |
|---|---|
| Remaining Balance | $ 11,643.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | David Van Hoose | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                    $_____0.00

Remaining Balance                                                              $_____11,643.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $233,612.01 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express National Bank, Aenb | $ 8,260.03 | $ 0.00 | $ 411.70 |
| 2 | American Express National Bank, Aenb | $ 50,431.58 | $ 0.00 | $ 2,513.66 |
| 3 | American Express National Bank, Aenb | $ 1,357.81 | $ 0.00 | $ 67.68 |
| 4 | Lvnv Funding, Llc | $ 377.24 | $ 0.00 | $ 18.80 |
| 5 | Citibank N.A. | $ 3,220.70 | $ 0.00 | $ 160.53 |
| 6 | Citibank N.A. | $ 8,887.47 | $ 0.00 | $ 442.98 |
| 7 | Citibank N.A. | $ 2,696.90 | $ 0.00 | $ 134.42 |
| 10 | Stock Yards Bank & Trust Company | $ 115,503.60 | $ 0.00 | $ 5,757.04 |
| 11 | American Express National Bank | $ 36,067.85 | $ 0.00 | $ 1,797.73 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Trihealth | $ 3,663.47 | $ 0.00 | $ 182.60 |
| 13 | Synchrony Bank | $ 3,145.36 | $ 0.00 | $ 156.78 |

Total to be paid to timely general unsecured creditors    $    11,643.92

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE