# Trustee Expenses

**Case Number: 25-11156**

**Debtor: Thomas A. Flemming, III**

| Date | Description | | Quantity | Unit of Measure | Cost Per Unit | Total |
|------|-------------|---|----------|-----------------|---------------|-------|
| 07/17/2025 | Copies | : Copies | 198.000000 | EACH | $0.25 | $49.50 |
| 06/27/2026 | Copies | : Copies | 146.000000 | EACH | $0.25 | $36.50 |
| | | | 344.000000 | | | $86.00 |
| 07/17/2025 | Postage: Postage | | 66.000000 | Unit(s) | $0.78 | $51.48 |
| 06/27/2026 | Postage: Postage | | 73.000000 | Unit(s) | $0.78 | $56.94 |
| | | | 139.000000 | | | $108.42 |
| | **Total Expenses** | | | | | **$194.42** |

### Expense Recap

| | | |
|---|---|---|
| Copies | $86.00 |
| Postage | $108.42 |
| **Total Expenses** | **$194.42** |

**Total Expenses:** $194.42

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $194.42

Signed _____   Trustee:   EILEEN K. FIELD
EILEEN FIELD LAW OFFICES LLC
3991 HAMILTON MIDDLETOWN ROAD
SUITE U
HAMILTON, OH  45011