CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object (NFR) was served (i) **electronically** on the

date of filing through the Court's ECF System on all ECF participants registered in this case at

the email address registered with the Court and (ii) by **ordinary U.S. Mail** on July 7, 2026,

 addressed to

Thomas A. Flemming, III
Amy C. Flemming
6565 N. Clippinger Dr.
Cincinnati, OH 45243-3208

All creditors listed on the attached mailing matrix.

/s/ Eileen K. Field
_____
Eileen K. Field, Trustee