Label Matrix for local noticing
0648-1
Case 1:25-bk-11156
Southern District of Ohio
Cincinnati
Mon Jul  6 12:49:21 EDT 2026

American Express National Bank
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

Stock Yards Bank & Trust Company s/b/m to Co
1040 East Main Street
P.O. Box 32890
Louisville, KY 40232-2890

ARS National Services Inc
PO Box 469100
Escondido, CA 92046-9100

Alvar Inc
112 St. Rt. 89
Washburn, IL 61570-9767

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
P.O. Box 9043
Andover, MA 01810-0943

Asst US Trustee (Cin)
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202-5212

Attorney General of the United States
950 Pennsylvania Ave & Constitution NW
Washington, DC 20530-0009

Averitt Express
1415 Neal Street
Cookeville, TN 38501-4328

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bradley Van Hoose
11004 St. Rt. 28
New Vienna, OH 45159-9516

CVP Physicians
PO Box 201659
Dallas, TX 75320-1659

Capital Management Services
PO Box 964
Buffalo, NY 14220-0964

Carepayment
PO Box 2398
Omaha, NE 68103-2398

Cincinnati Bell
PO Box 748003
Cincinnati, OH 45274-8003

Citi Cards
PO Box 9001037
Louisville, KY 40290-1037

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CitiBank NA (Costco)
PO Box 790046
Saint Louis, MO 63179-0046

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Coast Professional, Inc.
PO BOX 246
Geneseo, NY 14454-0246

D & A Services
1400 E Touhy Ave #G2
Des Plaines, IL 60018-3338

D. William Lange, DMD
9157 Montgomery Road
Cincinnati, OH 45242-7731

David Dillingham-Goad
4500 East West Highway 6th Floor
Bethesda, MD 20814-3327

David Van Hoose
1752 St. Rt, 350 West
Wilmington, OH 45177-7168

Dermatology Specialists of Greater Cinti
7794 5 Mile Road #240
Cincinnati, OH 45230-2372

Frost Brown Todd
PO Box 70087
Louisville, KY 40270-0087

Gregory & Cynthia Jaun, DDS
9157 Montgomery Road
Cincinnati, OH 45242-7731

(p)HALSTED FINANCIAL SERVICES  LLC
PO BOX 828
SKOKIE IL 60076-0828

Huntington Bank
5555 Cleveland Ave GW4W1Z2
Columbus, OH 43231-4106

Huntington Bank
PO Box 89424
Cleveland, OH 44101-6424

I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

James McCarthy III
255 East Fifth Street
Suite #2400
Cincinnati, OH 45202-4724

Jeffrey Madison
612 Park Street #300
Columbus, OH 43215-1681

Jill Keck
312 Elm Street, Suite 1200
Cincinnati, OH 45202-2763

Kennicott Ventures
6525 North Clippinger Drive
Cincinnati, OH 45243-3208

LVNV Funding
% 55 Beattie Pl Ste 110
Greenville, SC 29601-5115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lloyd & McDaniel PLC
Attn: Josh De Renzo
P O Box 23200
Louisville, KY 40223-0200

MRS BPO, LLC
1930 Olney Ave
Cherry Hill, NJ 08003-2016

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Nordstrom
PO Box 6555
Englewood, CO 80155-6555

Office of Chief Counsel
1111 Constitution Ave NW Room 6422
Washington, DC 20224-0001

Ohio Attorney General
30 E Broad Street
14th Floor Attn: Consumer Protection
Columbus, OH 43215-3414

(p)OHIO BUREAU OF WORKERS' COMPENSATION
PO BOX 15567
COLUMBUS OH 43215-0567

(p)OLYMPUS LENDING
PO BOX 17556
SALT LAKE CITY UT 84117-0556

One Advantage LLC
127 East Shore Parkway Suite A
La Porte, IN 46350-2382

Optimum Outcomes
PO Box 660943
Dallas, TX 75266-0943

RGS Financial Inc
P O Box 852039
Richardson, TX 75085-2039

Regent & Associates
500 Lovett Blvd. #225
Houston, TX 77006-4094

Revco Solutions
PO Box 163279
Columbus, OH 43216-3279

Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211-6424

Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155-2243

Small Business Solutions (Rapid Finance)
4500 East West Highway 6th Floor
Bethesda, MD 20814-3327

Southern Ohio Pathology Consultants Inc
PO Box 632242
Cincinnati, OH 45263-2242

Stock Yards Bank & Trust Company
Paul T Saba
2623 Erie Avenue
Cincinnati OH 45208-2001

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

| | | |
|---|---|---|
| Synchrony Bank (Gap)<br>Attention: Bankruptcy Department<br>P O Box 965060<br>Orlando, FL 32896-5060 | Synter Resource<br>5935 Rivers Ave #102<br>Charleston, SC 29406-6071 | TRIHEALTH<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 |
| Talbots<br>PO Box 650968<br>Dallas, TX 75265-0968 | The Christ Hospital Health Network<br>PO Box 630718<br>Cincinnati, OH 45263-0718 | Transworld Systems<br>PO Box 15130<br>Wilmington, DE 19850-5130 |
| TriHealth Group Health Kenwood<br>8240 Northcreek Drive<br>Cincinnati, OH 45236-2377 | (p)US ATTORNEY'S OFFICE   CINCINNATI<br>221 EAST FOURTH STREET<br>SUITE 400<br>CINCINNATI OH 45202-4219 | US Attorney General<br>c/o Carl B Stokes Avenue<br>801 W. Superior Avenue<br>Cleveland, OH 44113-1829 |
| Weltman Weinberg & Reis<br>PO Box 93784<br>Cleveland, OH 44101-5784 | Whitmer & Company<br>One Gateway<br>615 Elsinore Place #625<br>Cincinnati, OH 45202-1427 | Wise Technical Manufacturing, Inc<br>800 Industrial Blvd.<br>New Albany, IN 47150-2253 |
| Zwicker & Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 | Amy C. Flemming<br>6565 N. Clippinger Drive<br>Cincinnati, OH 45243-3208 | Eileen K Field<br>3991 Hamilton Middletown Road<br>Unit U<br>Hamilton, OH 45011-6224 |
| Eric W Goering<br>220 West Third Street<br>Third Floor<br>Cincinnati, OH 45202-3407 | Thomas A. Flemming III<br>6565 N. Clippinger Drive<br>Cincinnati, OH 45243-3208 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998 | Citi Mastercard<br>P O Box 183051<br>Columbus, OH 43218 | Halsted Financial Services<br>PO Box 828<br>Skokie, IL 60076 |
| Macy's<br>PO Box 9001094<br>Louisville, KY 40290 | Ohio Bureau of Workers' Compensation<br>PO Box 89492<br>Cleveland, OH 44101 | Olympus Lending<br>PO Box 17556<br>Salt Lake City, UT 84117 |
| US Attorney<br>221 East Fourth Street<br>Suite 400<br>Cincinnati, OH 45202 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Earth Shades, LLC                    (u)Flemming Enterprises                    (u)Flemming Enterprises, Inc. dba Eco Dispe

(u)Florida Coastal Colors              (u)HG Logistics                            (u)Masur Trucking

(u)Oline freight services              End of Label Matrix
                                       Mailable recipients    76
                                       Bypassed recipients     7
                                       Total                  83