**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 11, 2026**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

IN RE:                                    :   Case No. 25-11156

THOMAS A. FLEMMING, III                   :   Chapter 7
AMY C. FLEMMING                               Judge Buchanan


                                          :

        Debtors


### ORDER FOR PAYMENT OF FEES AND EXPENSES
(Related Doc # 42)

The Court, in the absence of any objections, having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

IT IS HEREBY ORDERED that the following fees and expenses shall be paid by the Trustee from the Estate:

| | NAME | AMOUNT |
|---|---|---|
| Trustee Compensation | EILEEN K. FIELD | $ 2,150.00 |
| Trustee Expenses | EILEEN K. FIELD | 194.42 |

**SO ORDERED.**

Copies to:  Default List