**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 11, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-11156 |
| THOMAS A. FLEMMING, III | : | Chapter 7 |
| AMY C. FLEMMING | | Judge Buchanan |
| | : | |
| Debtors | | |

## ORDER FOR PAYMENT OF FEES AND EXPENSES
(Related Doc # 42)

The Court, in the absence of any objections, having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

IT IS HEREBY ORDERED that the following fees and expenses shall be paid by the Trustee from the Estate:

| | NAME | AMOUNT |
|---|---|---|
| Trustee Compensation | EILEEN K. FIELD | $ 2,150.00 |
| Trustee Expenses | EILEEN K. FIELD | 194.42 |

**SO ORDERED.**

Copies to:  Default List

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                        Case No. 25-11156-bab

Thomas A. Flemming, III                                                       Chapter 7

Amy C. Flemming
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0648-1                          User: ad                                Page 1 of 2

Date Rcvd: Aug 11, 2026                       Form ID: pdf01                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    +  Thomas A. Flemming, III, Amy C. Flemming, 6565 N. Clippinger Drive, Cincinnati, OH 45243-3208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Asst US Trustee (Cin)
    ustpregion09.ci.ecf@usdoj.gov

Eileen K Field
    eileenfield.trustee@fuse.net  efield@ecf.axosfs.com

Eric W Goering
    on behalf of Joint Debtor Amy C. Flemming eric@goering-law.com
    eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

Eric W Goering
    on behalf of Debtor Thomas A. Flemming  III eric@goering-law.com,
    eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

Paul T Saba
    on behalf of Creditor Stock Yards Bank & Trust Company s/b/m to Commonwealth Bank & Trust Company pts@sspfirm.com

District/off: 0648-1                          User: ad                                    Page 2 of 2
Date Rcvd: Aug 11, 2026                       Form ID: pdf01                              Total Noticed: 1

eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

TOTAL: 5