**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-11156 |
| | § | |
| THOMAS A. FLEMMING, III | § | Chapter **7** |
| AMY C. FLEMMING | § | |
| | § | Judge: Beth Buchanan |
| Debtors | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $737.93 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Citibank, N.A.<br>6716 Grade Ln<br>Blg. 9, Ste 910-PY DEPT<br>Louisville, KY 40213-3439 | 5,6,7 | $160.53, 442.98, 134.42 |
| Citibank, N.A.<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108-5027 | | |

Dated: November 5, 2026

/s/ Eileen K. Field

Eileen K. Field, Case Trustee

cc: U.S. Trustee